■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEN CASTELLAZZO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAZZARO SAN GIOVANNI, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH VITACCO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PASQUALE DE ROSA, Appellant.— Appeal by defendants from a judgment of the County Court, Kings County, rendered October 6, 1959, convicting them after a nonjury trial of grand larceny in the first degree and sentencing them to serve indeterminate terms of imprisonment. Defendants San Giovanni and Castellazzo also appeal from every intermediate order made in the action. Judgment affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgments of conviction. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK J. DALTO, Appellant.— Defendant appeals from a judgment of the County Court, Nassau County, rendered January 19, 1960, convicting him, on his plea of guilty, of attempted burglary in the third degree, and sentencing him, as a third felony offender, to serve a term of 5 to 10 years. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR FESSIA, Appellant.— Appeal by defendant from a judgment of the Magistrate's Court of the City of New York, Borough of Queens, sitting as a Court of Special Sessions of the City of New York, rendered April 15, 1960, convicting him, after trial, of book-making, in violation of section 986 of the Penal Law, and sentencing him to pay a fine of $100, or, in default of payment, imprisonment not to exceed 10 days, and, in addition, committing him to the workhouse for three days. Judgment affirmed. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIUS ROSE, Appellant, v. IRMA ROSE, Respondent.— In a habeas corpus proceeding brought by relator, the father of a boy seven years of age, for the purpose of obtaining unsupervised "week-end" visitation rights with respect to said child, the father appeals from an order of the Supreme Court, Kings County, dated November 19, 1959, dismissing his petition, awarding custody of the infant to the infant's mother and granting the father the right of "supervised visitation" on each Wednesday only at the home of the child's mother. Order affirmed, without costs, and without prejudice to the prosecution of a new proceeding at Special Term, based upon a written psychiatric report made after an examination of the father by a competent psychiatrist. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.